AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MARSHALL HERBERT DION | ) | Case No. |
| | ) | 13-MJ-4114-DHH |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 2, 2013__ in the county of _____ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | possession with intent to distribute marijuana |

This criminal complaint is based on these facts:

See Attached Affidavit of FBI Special Agent Tucker J. Heap

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Tucker J. Heap, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/02/2013

_____
*Judge's signature*

City and state: Worcester, Massachusetts

DAVID H. HENNESSY, U.S. MAGISTRATE JUDGE
*Printed name and title*