UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | 13-MJ-4114-DHH |
| V. ) | |
| ) | **FILED UNDER SEAL** |
| MARSHALL HERBERT DION ) | |

## MOTION TO UNSEAL

The United States, by and through its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby moves to unseal the complaint, arrest warrant, a redacted version of the supporting affidavit and all related paperwork filed in the above captioned case. As grounds therefore, the government states that the criminal complaint and warrant may be disclosed at this time because the defendant has been arrested and is in federal custody. However, the government seeks to unseal a redacted affidavit that conceals, among other things, the names of targets of this investigation, some of whom have yet to be arrested, to prevent witness tampering and the possible destruction of evidence during this ongoing investigation.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ Leah B. Foley
LEAH B. FOLEY
Assistant United States Attorney

So Ordered:

/s/ David H. Hennessy
DAVID H. HENNESSY
United States Magistrate Judge

Dated: August 6, 2013

1